<u>Judgment in a Civil Case</u>

<u>United States District Court
WESTERN DISTRICT OF NEW YORK</u>

RICARDO QUINTANILLA-MEJIA

**JUDGMENT IN A CIVIL CASE**
CASE NUMBER: 18-CV-500

v.

AGS AKIMA GLOBAL SERVICES, et al.

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: that this case is dismissed with prejudice for failure to comply with the Order filed on September 13, 2018; and that leave to appeal to the court of appeals as a poor person is denied.

Date: December 7, 2018

MARY C. LOEWENGUTH
CLERK OF COURT

By: s/Kirstie L. Henry
     Deputy Clerk